**Fill in this information to identify the case:**

Debtor 1: Woody Shane Leonard

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of TX
(State)

Case number: 14-42614-elm13

---

Form 4100R
# Response to Notice of Final Cure Payment
10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 4 1

**Property address:** 2368 County Road 4790
Number   Street

_____

Boyd,           TX      76023
City            State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___/___/___
MM / DD / YYYY

| Debtor 1 | Woody Shane Leonard | Case number (if known) 14-42614-elm13 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kristin A. Zilberstein
Signature

Date 09/03/2019

Print: Kristin A. Zilberstein
First Name  Middle Name  Last Name

Title: Authorized Agent

Company: Ghidotti | Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Ave.
Number  Street

Santa Ana  CA  92705
City  State  ZIP Code

Contact phone (949) 427 – 2010

Email: kzilberstein@ghidottiberger.com